[No. 39933-1-I.    Division One.    February 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR BUENO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-06017-4, LeRoy McCullough, J., entered December 2, 1996. *Dismissed* by unpublished per curiam opinion.


[No. 40317-6-I.    Division One.    February 17, 1998.]

JUNG MAN HUR, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-21121-6, George A. Finkle, J., entered February 28, 1997. *Affirmed* by unpublished per curiam opinion.


[No. 40487-3-I.    Division One.    February 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LATASHA GARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-01499-2, Anthony P. Wartnik, J., entered March 21, 1997. *Dismissed* by unpublished per curiam opinion.


[No. 40519-5-I.    Division One.    February 17, 1998.]

PHIL CARSON, *Appellant*, v. GENERAL MOTORS ACCEPTANCE CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-2-03176-3, Anita L. Farris, J., entered March 13, 1997. *Affirmed* by unpublished per curiam opinion.